**Exhibit C**

Cascade MVS, LLC

1705 Gill Rd

TX 77539

# Invoice

| Date | Invoice # |
|---|---|
| 5/13/2013 | 23 |

| Bill To |
|---|
| EPC Holdings 798 LLC c/o Ocean Services, 2629 NW 54th St #201 Seattle, WA 98107 |

| P.O. No. | Terms | Project |
|---|---|---|
|  | Due on receipt |  |

| Quantity | Description | Rate | Amount |
|---|---|---|---|
|  | thruster repair on ocean intrepid | 584,352.61 | 584,352.61 |

**Total** $584,352.61