UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS

GALVESTON DIVISION

| | | |
|---|---|---|
| CASCADE MVS, LLC | § § | |
| V. | § § | CIVIL ACTION NO. G-13-177 |
| OCEAN INTREPID (IMO 8641939), ET AL. | § § § | |

## ORDER OF DISMISSAL

The Court, having been advised through an email communication from Plaintiff, Cascade MVS, LLC, that an amicable settlement has been reached with all Defendants, **ORDERS** that this cause be, and it is hereby, **DISMISSED** on the merits without prejudice to the right of either Party to move for reinstatement within **ninety (90)** days upon presentation of adequate proof that the settlement could not be perfected.

**DONE** at Galveston, Texas, this 2nd day of July, 2014.

_____
Gregg Costa
United States Circuit Judge
(Sitting by Designation)